Anthony Leon HOOVER,
Plaintiff—Appellant,

v.

William T. SCHATZMAN, Head Sheriff;
Wayne James, Mayor; Janiet Sipe,
Sgt.; Kanjenner Wilks, Head Nurse,
Defendants—Appellees.

No. 05–6120.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 12, 2005.

Decided: May 18, 2005.

Anthony Leon Hoover, Appellant pro se.

Before TRAXLER, KING, and
SHEDD, Circuit Judges.

Affirmed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Anthony Leon Hoover seeks to appeal
the district court's order adopting the
magistrate judge's recommendation and
dismissing his complaint under 42 U.S.C.
§ 1983 (2000) without prejudice. We have
reviewed the record and find no reversible
error. Accordingly, we affirm substantial-
ly on the reasoning of the district court.
*See Hoover v. Schatzman,* No. CA–04–863
(M.D.N.C. Jan. 4, 2005). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED*